**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-7914**

———————————

LEROY CARMAN, JR.,

                              Petitioner - Appellant,

         versus

UNITED STATES OF AMERICA,

                              Respondent - Appellee.

———————————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-01-1582-MJG)

———————————

Submitted: March 20, 2002          Decided:  April 1, 2002

———————————

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Leroy Carman, Jr., Appellant Pro Se.  Stephen Matthew Schenning, United States Attorney, Allen F. Loucks, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leroy Carman appeals the district court's orders granting summary judgment to Defendant in this action filed pursuant to the Federal Tort Claims Act and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Carman v. United States, No. CA-01-1582-MJG (D. Md. Oct. 26 and Nov. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2